BRETT L. TOLMAN, United States Attorney (#8821)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2008 DEC 23  A 10: 11

DISTRICT OF UTAH

BY:_____
       DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL ANDREW MEMMOTT, <br><br> Defendant. | **INDICTMENT** <br><br> VIO. 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography. <br><br> Case: 2:08-cr-00856 <br> Assigned To : Greene, J. Thomas <br> Assign. Date : 12/23/2008 <br> Description: USA v. |

The Grand Jury charges:

### COUNT I
### (18 U.S.C. § 2252A(a)(5)(B))
### (Possession of Child Pornography)

Beginning on a date unknown to the Grand Jury and continuing until at least

November 3, 2008, in the Central Division of the District of Utah,

### PAUL ANDREW MEMMOTT,

defendant herein, knowingly possessed computer disks and other materials containing

1

images of child pornography that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

//////////

//////////

//////////

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offense alleged in Count I of this Indictment, which is punishable by imprisonment for more than one year, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a)(3) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation 18 U.S.C. § 2252A and any property traceable thereto, including but not limited to:

- One (1) Generic Black Desktop computer
- One (1) Laptop computer
- One (1) Kyocera Lingo Cellular phone
- One (1) Lexar Universal Serial Bus (USB) Flash drive

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney

3