FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 1 4 2009

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# In the United States District Court
# for the District of Utah, Central Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | ORDER OF RECUSAL |
| PAUL ANDREW MEMMOTT, | Case No. 2:08-CR-856 |
| Defendant. | |

I find that I must recuse in this case.  Accordingly, all dates and settings are vacated, to be reviewed and set according to the schedule of the judge who is reassigned this case.

DATED this __13__ day of August, 2009

BY THE COURT:

J. THOMAS GREENE
UNITED STATES DISTRICT JUDGE