AO 442

# United States District Court

**DISTRICT OF UTAH - CENTRAL DIVISION**

FILED
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Memmott**

2014 JUN -4 A 9:12

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER: 2:08-cr-00856-001-TC

To: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest _____ **PAUL ANDREW MEMMOTT** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [X] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

in violation of _____ United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 30, 2014 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By: Brittany Robinson
Deputy Clerk

RECEIVED '14 MAY 30 P3:14 DISTRICT OF UTAH UNITED STATES MARSHAL

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 30 MAY '14 | S. Sandy, DUSM | [signature] |
| DATE OF ARREST | | |
| 2 Jun '14 | | |